# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __12-237M__
2) Defendant's Name: __Neuhaus__   __Jean-Pierre__
   (Last)           (First)         (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes __No   Date/Time: __3/9/12__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: __✓__
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Shannon Jones__
14) DEFENSE COUNSEL'S NAME: __Len Kamdang__
    Address: _____
    Bar Code: _____ CJA: __ FDNY: __✓__ RET: __
    Telephone Number: (___) _____
15) LOG #: __(3:35 - 3:39)__ MAG. JUDGE: __James Orenstein__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE