# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

**JEAN-PIERRE NEUHAUS,**
              Defendant.

TO:    The United States Marshal
        Federal Bureau Investigation Special Agent Paul F. Roberts. Jr.
        and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:

# M 12- 237

YOU ARE HEREBY COMMANDED to arrest __JEAN-PIERRE NEUHAUS__
                                                                                                   Name

and bring her forthwith to the nearest magistrate to answer a(n)

| ☐ Indictment | ☐ Information | ☒ Complaint | ☐ Order of Court | ☐ Violation Notice | ☐ Probation Violation Petition |

charging her with (brief description of offense)

conspiracy to violate Title 18, United States Code, Section 1952(a)(3)(A).

in violation of Title __18__ United States Code, Section(s) __371__

__HON. ROBERT M. LEVY__
Name of Issuing Officer

__UNITED STATES MAGISTRATE JUDGE__
Title of Issuing Officer

/s/

March 8, 2012
__Brooklyn, New York__
Date and Location

Bail fixed at $ _____

By __UNITED STATES MAGISTRATE JUDGE__

## RETURN

This warrant was received and executed with the arrest of the above named defendant at
76th Street between Madison & Park, New York, NY

| DATE RECEIVED 03-08-12 | NAME AND TITLE OF ARRESTING OFFICER: SA Thomas McGuire | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 03-08-12 | | |

AW (Rev.EDNY 1996) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____ SEX: _____

_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____INVESTIGATIVE

AGENCY AND ADDRESS: _____

_____