FILED
CLERK'S

• APR 11 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

------------------------------X

UNITED STATES OF AMERICA          :

    -against-                    :

JEAN-PIERRE NEUHAUS               :

       Defendant                   :

------------------------------X

NOTICE OF APPEARANCE

12-MJ-237 (RML)

PLEASE TAKE NOTICE, that I have been assigned to represent

the above named Defendant.  I was admitted to practice in this

District in _1984_____.

DATED:    BROOKLYN, NY
          March 12, 2012

DOUGLAS G. MORRIS, ESQ.

Eastern District of New York
Federal Defenders of New York, Inc.
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201
(718) 330-1200

cc: AUSA SHANNON C. JONES, ESQ.