AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> JEAN PIERRE NEUHAUS <br> *Defendant* | Case No. 12 MJ 237 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JEAN PIERRE NEUHAUS

Date: 05/02/2012

*Attorney's signature*

DAVID S. ZAPP DZ5868
*Printed name and bar number*

46 EAST 92ND STREET SUITE 2
NEW YORK, NY 10128

*Address*

DAVIDZAPP@AOL.COM
*E-mail address*

(212) 410-3351
*Telephone number*

(917) 492-1879
*FAX number*