## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan Azrack          **DATE :** 5/21/12

**DOCKET NUMBER:** 12- 237 M          **LOG #:** 11:24- 11:26

**DEFENDANT'S NAME :** Jean-Pierre Neuhaus

✓ Present ___ Not Present ✓ Custody ___ Bail

**DEFENSE COUNSEL :** Johanna Zapp

___ Federal Defender ___ CJA ✓ Retained

**A.U.S.A:** Shannon Jones          **DEPUTY CLERK :** S McQueen

**INTERPRETER :** _____ (Language) _____

_____ Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ ____ Order of Excludable Delay entered.   Code Type____ Start 5/27 Stop 6/27/12 .

____ Order of Speedy Trial entered.   Code Type_____ Start_____ Stop _____

____ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____