## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Viktor V. Pohorelsky    **DATE:** 6/27/12

**DOCKET NUMBER:** 12-237M    **LOG #:** 2:40-2:42

**DEFENDANT'S NAME:** Jean-Pierre Newhaus
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL:** Michelle Gelernt for Joanne Zapp
___ Federal Defender    ___ CJA    ___ Retained

**A.U.S.A:** S. Jones    **DEPUTY CLERK:** K. DiLorenzo

**INTERPRETER:** _____ (Language) _____

_____ Hearing held.    _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.    Code Type ____    Start 6/27/12 Stop 7/6/12

____ Order of Speedy Trial entered.    Code Type ____    Start _____ Stop _____

____ Defendant's first appearance.    ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____